**Opinion filed December 12, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00263-CV

_____

## IN THE INTEREST OF S.S., S.S., AND S.S., CHILDREN

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10724-CX**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order in which the trial court terminated the parental rights of the mother and the father of the children, S.S., S.S., and S.S.  Each parent filed a notice of appeal.  The mother and the father have each filed in this court a motion to dismiss the appeal.  In their motions, the mother and the father indicate that they no longer desire to pursue the appeal.  The Texas Department of Family and Protective Services does not oppose either motion.

We grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. BRUCE WILLIAMS

JUSTICE

December 12, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.